## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**JOHNNY SMITH,**
**ADC #096784**                                              **PETITIONER**


v.                            **No. 5:14-cv-26-DPM-JTK**


**RAY HOBBS, Director, ADC**                       **RESPONDENT**


### ORDER

Opposed recommendation, № *15*, adopted as supplemented.   FED. R. CIV. P. 72(b)(3).  Smith's petition is time-barred.  And he hasn't demonstrated actual innocence.  Smith says Carla Holmes and Clifford Gill should have had the opportunity to testify that John Paries III, not Smith, shot the victim.  *№ 16 at 1–2.*   A jury could reasonably conclude nonetheless that Smith's proximity and association with Paries made him an accomplice to the murder. *Smith v. State*, 310 Ark. 247, 837 S.W.2d 279 (1992).  Smith hasn't shown that "it is more likely than not that no reasonable juror would have convicted him[.]"  *Schlup v. Delo*, 513 U.S. 298, 327 (1995).  Motion, № *14*, denied as moot.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

13 June 2014