IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHNNY SMITH,
ADC #096784                                                          PETITIONER

v.                            No. 5:14-cv-26-DPM

RAY HOBBS, Director, ADC                                             RESPONDENT

## JUDGMENT

Smith's petition for writ of habeas corpus is dismissed with prejudice. A certificate of appealability will not issue because Smith has not made a substantial showing of the violation of any right.

_____
D.P. Marshall Jr.
United States District Judge

13 June 2014